WILLIAM D. DEL-WIT, Appellant, *v.* NORWICH PHARMACAL COMPANY, Respondent.

*Master and servant — commissions — contract of employment — when commissions not payable upon undelivered goods.*

*Del-Wit* v. *Norwich Pharmacal Co.*, 200 App. Div. 840, affirmed.

(Argued December 5, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1921, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover commissions alleged to be due plaintiff as broker for orders for merchandise obtained by him for defendant. The question was whether commissions were payable upon undelivered goods. The Appellate Division held that " the terms of the contract of employment clearly made plaintiff's commissions payable when the goods should be shipped and not before. The failure to take the undelivered goods was not due to the defendant."

*Thomas H. Wight* and *Frederic E. Mygatt* for appellant.

*A. S. Gilbert, James S. Flanagan* and *Jeremiah F. Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY RABASOVICH, Appellant.

*Crimes — murder in the first degree — judgment of conviction affirmed.*

(Argued December 5, 1922; decided January 9, 1923.)

APPEAL from a judgment of the Supreme Court, rendered June 26, 1922, at a Trial Term for the county of Kings, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Denis R. O'Brien* for appellant.

*John E. Ruston, District Attorney (Ralph E. Hemstreet* of counsel), for respondent.